UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JAMAAL ALI BILAL,

    Petitioner,

v.                                        Case No: 2:16-cv-329-FtM-38MRM

GEO GROUP, INC. (GEO) and
KRISTIN KANNER,

    Respondents.
_____/

**OPINION AND ORDER**[1]

This matter comes before the Court on Plaintiff Jamaal Ali Bilal's Motion to Proceed on Appeal *In Forma Pauperis* (Doc. #111) filed on January 10, 2018. Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken *in forma pauperis* (IFP) if the trial court certifies in writing that it is not taken in good faith."

Plaintiff, who is currently civilly confined at the Florida Civil Commitment Center, seeks to appeal the Court's Order of Dismissal dated August 4, 2017. (Doc. #90). The Court's August 4 Order, granted defendants' motion to dismiss, recognizing that Plaintiff failed to comply with the Court's orders. Judgment was entered the same day (Doc. #91). Furthermore, this Court has previously concluded that Plaintiff's appeal in this matter is

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

frivolous. ([Doc. #95](Doc. #95)). Upon review of this matter, the Court finds that Plaintiff's appeal is not taken in good faith, and certifies that the appeal is not in good faith.

Plaintiff also requests that Defendants be forced to pay for his appeal because the Defendants removed this case from State Court. Pursuant to [28 U.S.C. § 1441](28 U.S.C. § 1441) Defendants properly removed this case. Therefore, there is no good cause to impose Plaintiff's fee on appeal on the Defendants.

Accordingly, it is now

**ORDERED:**

(1) Pursuant to [28 U.S.C. § 1915(a)(3)](28 U.S.C. § 1915(a)(3)) and [Fed. R. App. P. 24(a)(4)](Fed. R. App. P. 24(a)(4)), the Court certifies that this appeal is not taken in good faith.

(2) Plaintiff Jamaal Ali Bilal's Motion to Proceed on Appeal *In Forma Pauperis* ([Doc. #111](Doc. #111)) is **DENIED**.

(3) Plaintiff Jamaal Ali Bilal's Motion to have the Defendants pay his fee on appeal is **DENIED**.

(4) The **Clerk of Court** shall immediately forward a copy of this Order to the Plaintiff and the Clerk for the United States Court of Appeals for the Eleventh Circuit.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of February, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2